```
UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF GEORGIA
       ATLANTA DIVISION
```

| | |
|---|---|
| JOHN F. TRIPLETT, | CRIMINAL ACTION<br>1:02-CR-718-CAP-AJB-01 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:11-CV-4459-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 170]. There have been no objections filed. The court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 21st day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge